# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 20, 2010

No. 08-31022
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LESTER TERRAZE BALL, also known as T-Ball

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:01-CR-50025-1

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Lester Terraze Ball has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Ball has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Because Ball is "subject to a statutory minimum sentence above the upper end of his guideline range," the district had no authority pursuant to 18 U.S.C. § 3582(c)(2) to reduce his sentence based on the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

amendments to the crack cocaine Guidelines. *United States v. Carter*, 595 F.3d 575, 581 (5th Cir. 2010). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.